UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

3:09 CV 286

| | |
|---|---|
| INSIGHT MANAGEMENT GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| YTB TRAVEL NETWORK, INC., ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** comes before the Court sua sponte. On April 6, 2011, the Magistrate Judge entered an order allowing Plaintiff's counsel to withdraw. (Doc. No. 10). However, "a corporation may appear in federal courts only through licensed counsel." Rowland v. Cal. Men's Colony, 506 U.S. 194, 201-02 (1993); see also Allied Colloids, Inc. v. Jadair, Inc., No. 96-2078, 1998 WL 112719 (4th Cir. Mar. 16, 1998) (affirming court's default judgment against corporate defendant for failure to secure counsel). Further, the Magistrate Judge entered an order in August 2009 granting Defendant's Motion to Compel Arbitration and ordering the parties to report their arbitration results to the court within 30 days of said arbitration, (Doc. No. 8). The Court has not heard anything from the parties since August 2009.

Plaintiff is hereby warned that if it does not secure counsel and provide this Court with an update regarding the status of its arbitration within 30 days, this action will be dismissed for lack of prosecution. Federal Rule of Civil Procedure 41(b) provides as follows:

> If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it. Unless the dismissal order states otherwise, a dismissal under this subdivision (b) and any dismissal not under this rule--except one for lack of jurisdiction, improper venue, or failure to join a party under Rule 19--operates as an adjudication on the merits.

It is Plaintiff's burden to move this case forward, and Plaintiff will be required to take appropriate action within 30 days.

**IT IS, THEREFORE, ORDERED** that Plaintiff shall secure counsel and provide the court with a status report within 30 days. **FAILURE TO RESPOND WITHIN 30 DAYS WILL RESULT IN DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT.**

Signed: October 26, 2011

Robert J. Conrad, Jr.
Chief United States District Judge