UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-286-RJC-DSC

| | |
|---|---|
| INSIGHT MANAGEMENT GROUP, LLC, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>YTB TRAVEL NETWORK, INC., )<br>)<br>Defendant. )<br>) | **ORDER** |

**THIS MATTER** comes before the Court <u>sua sponte</u>. On April 6, 2011, the Magistrate Judge entered an order allowing Plaintiff's counsel to withdraw. (Doc. No. 10). However, "a corporation may appear in federal courts only through licensed counsel." <u>Rowland v. Cal. Men's Colony</u>, 506 U.S. 194, 201-02 (1993); <u>see also</u> <u>Allied Colloids, Inc. v. Jadair, Inc.</u>, No. 96-2078, 1998 WL 112719 (4th Cir. Mar. 16, 1998) (affirming district court's default judgment against corporate defendant for failure to secure counsel). Further, the Magistrate Judge entered an order in August 2009 granting Defendant's Motion to Compel Arbitration and ordering the parties to report their arbitration results to the court within 30 days of said arbitration, (Doc. No. 8). The Court has not heard anything from the parties since August 2009.

On October 26, 2011, this Court issued an Order warning Plaintiff that if it did not secure counsel and provide this Court with an update regarding the status of its arbitration within 30 days, this action would be dismissed for lack of prosecution. <u>See</u> FED. R. CIV. P. 41(b). The time has now expired and Plaintiff has failed to comply with the Court's October 26, 2011 Order.

**IT IS, THEREFORE, ORDERED** that all of Plaintiff's claims against Defendant are

**DISMISSED**.  See Reizakis v. Loy, 490 F.2d 1132 (4th Cir. 1974).

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge

2