# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
### 3:09-cv-286-RJC-DSC

| | | |
|---|---|---|
| INSIGHT MANAGEMENT GROUP, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| YTB TRAVEL NETWORK, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

  **THIS MATTER** comes before the Court <u>sua sponte</u>.  On April 6, 2011, the Magistrate

Judge entered an order allowing Plaintiff's counsel to withdraw.  (Doc. No. 10).   However, "a

corporation may appear in federal courts only through licensed counsel."  <u>Rowland v. Cal.</u>

<u>Men's Colony</u>, 506 U.S. 194, 201-02 (1993); <u>see also</u> <u>Allied Colloids, Inc. v. Jadair, Inc.</u>, No.

96-2078, 1998 WL 112719 (4th Cir. Mar. 16, 1998) (affirming district court's default judgment

against corporate defendant for failure to secure counsel).  Further, the Magistrate Judge entered

an order in August 2009 granting Defendant's Motion to Compel Arbitration and ordering the

parties to report their arbitration results to the court within 30 days of said arbitration, (Doc. No.

8).  The Court has not heard anything from the parties since August 2009.

  On October 26, 2011, this Court issued an Order warning Plaintiff that if it did not secure

counsel and provide this Court with an update regarding the status of its arbitration within 30

days, this action would be dismissed for lack of prosecution.  <u>See</u> Fed. R. Civ. P. 41(b).  The

time has now expired and Plaintiff has failed to comply with the Court's October 26, 2011

Order.

  **IT IS, THEREFORE, ORDERED** that all of Plaintiff's claims against Defendant are

**DISMISSED**.  See <u>Reizakis v. Loy</u>, 490 F.2d 1132 (4th Cir. 1974).

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge